UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY W. BAKER,<br><br>  Plaintiff,<br><br> v.<br><br>SACRAMENTO COUNTY JAIL,<br><br>  Defendant. | No. 2:13-cv-2501 KJN P<br><br><br><br>ORDER |

Plaintiff, a county prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not, however, filed an in forma pauperis affidavit or paid the required filing fee. See 28 U.S.C. §§ 1914(a), 1915(a).

Moreover, the district court has determined that plaintiff is barred from proceeding in forma pauperis pursuant to 28 U.S.C. § 1915(g). See Baker v. Marsh, Case No. 2:13-cv-0171 EFB P (ECF Nos. 4 & 5.) In addition, it does not appear that plaintiff was under imminent threat of serious physical injury when he filed the instant complaint. See 28 U.S.C. § 1915(g). Rather, it appears plaintiff seeks the return of property forfeited during criminal proceedings. Thus, plaintiff will be provided the opportunity to submit the appropriate filing fee, and is cautioned that failure to timely comply will result in the dismissal of this action.

////

////

1

1 In accordance with the above, IT IS HEREBY ORDERED that plaintiff shall submit,
2 within thirty days from the date of this order, the appropriate filing fee; plaintiff's failure to
3 comply with this order will result in the dismissal of this action;
4 Dated: January 3, 2014

6 bake2501.3a

*Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE